**NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO 6-22-2020**

```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE


  * * * * * * * * * * * * * * * * *
                                  *
  UNITED STATES OF AMERICA        *
                                  *   18-cr-192-01-JL
              v.                  *   December 10, 2019
                                  *
        IMRAN ALRAI               *
                                  *
  * * * * * * * * * * * * * * * * *
```

<u>TRANSCRIPT EXCERPT OF BENCH TRIAL TESTIMONY</u>
<u>OF DARLENE CACACE</u>
<u>BEFORE THE HONORABLE JOSEPH N. LAPLANTE</u>


<u>APPEARANCES</u>:


<u>For the Government</u>:      John S. Davis, AUSA
                          Matthew Hunter, AUSA
                          Cam T. Le, AUSA
                          U.S. Attorney's Office



<u>For the Defendant</u>:      Timothy M. Harrington, Esq.
                          Timothy C. Ayer, Esq.
                          Shaheen & Gordon, PA



<u>Also Present</u>:          John J. Commisso, Esq.



<u>Court Reporter</u>:        Susan M. Bateman, RPR, CRR
                          Official Court Reporter
                          United States District Court
                          55 Pleasant Street
                          Concord, NH 03301
                          (603) 225-1453

I N D E X

| WITNESS: | Direct | Cross | Redirect | Recross |
|----------|--------|-------|----------|---------|

DARLENE CACACE

By Ms. Le          3

| EXHIBITS | FOR ID | IN EVD |
|----------|--------|--------|
| Government's Exhibit 926 | | 24 |

<pre>
 1                   P R O C E E D I N G S
 2              MS. LE:  The government calls Darlene Cacace
 3   to the stand, please.
 4                      DARLENE CACACE
 5         having been duly sworn, testified as follows:
 6              THE CLERK:  For the record, please state your
 7   full name and spell your last name.
 8              THE WITNESS:  Darlene Cacace, C-A-C-A-C-E.
 9              MS. LE:  Your Honor, may I provide the witness
10   with some exhibits?
11              THE COURT:  Yes.
12              MS. LE:  Thank you, your Honor.
13                     DIRECT EXAMINATION
14   BY MS. LE:
15         Q.   Good afternoon, Ms. Cacace.
16              By whom are you employed?
17         A.   I'm employed by the FBI, the Boston division.
18         Q.   How long have you been with the FBI?
19         A.   Approximately 27 years.
20         Q.   What do you do for the FBI?
21         A.   I'm a forensic accountant.
22         Q.   What is your educational background?
23         A.   I have a bachelor's degree from Holy Cross
24   College in economics and accounting and a master's in
25   business administration from Babson College.
</pre>

1           I am also a certified public accountant for

2    the state of Massachusetts.

3        Q.    What do you do as an FBI forensic accountant?

4        A.    I review, analyze, and summarize various

5    financial documents.

6        Q.    And what types of cases are you generally

7    involved in for FBI investigation purposes?

8        A.    I have been involved in cases involving wire

9    fraud, mail fraud, securities fraud, healthcare fraud,

10   public corruption.

11       Q.    Lots of white collar type of offenses?

12       A.    Lots of white collar, correct.

13       Q.    Any narcotics cases?

14       A.    Yes.

15       Q.    Okay.  When you're conducting financial

16   investigations, what types of tools do you use?

17       A.    The tools that I use are researching through

18   various public and government databases.

19           I also work closely in conjunction with the

20   case agents and the prosecutors to identify financial

21   accounts that are of interest to us.  I use legal

22   process to obtain the records associated with those

23   accounts.  Once the records are received, I review them

24   and I process the data using various computer software

25   tools such as BankScan, Microsoft Excel, i2 Analyst's

1   Notebook, so that I can make summary reports regarding

2   the activity in the accounts, and this cycle continues

3   over and over again as new information is identified

4   through the review of the financial documents.

5        Q.    Thank you very much.

6              Ms. Cacace, what was your role in the

7   investigation of the defendant, Imran Alrai?

8        A.    My role was to review the financial documents

9   received in the case.

10             As stated before, I work closely with the case

11   agents.  Once they told me who the subjects were, the

12  defendant, his father, AISA Consulting, and DigitalNet

13  Technologies, we worked closely to identify financial

14  accounts, served legal process to obtain those accounts.

15             Once I obtained the accounts, I reviewed the

16  records and processed the data using the financial

17  packages that I mentioned earlier.

18       Q.    Now, the financial records that you've

19  reviewed and examined and analyzed as part of this

20  investigation, are those records voluminous?

21       A.    Yes.

22       Q.    Okay.  And did you prepare summaries of bank

23  records and other financial records that you collected

24  and reviewed during the investigation?

25       A.    Yes, I did.

1     Q.   And did you prepare summaries of every single

2  account that you reviewed during the investigation?

3     A.   I did not.  Only those accounts that had

4  relevant activity did I prepare the financial summaries

5  for.

6     Q.   And specifically relevant to the charged

7  counts of the superseding indictment?

8     A.   Yes.

9     Q.   Okay.  Now, Ms. Cacace, I would like to start

10  with you by going through some of the summary exhibits.

11          Let's start with Exhibit 902.

12          Ms. Cacace, what does this Exhibit 902 show

13  the Court?

14     A.   This is a summary of the deposit sources and

15  the payees for Pentucket Bank account 1569 in the name

16  of Imran and Saima Alrai for the period January 2016

17  through June 2018.

18     Q.   This is all at Pentucket Bank?

19     A.   Correct.

20     Q.   There's an item for deposit sources called

21  deposit item missing.  What does that mean?

22     A.   Deposit item missing means the bank did not

23  have any further documents regarding the deposit.

24     Q.   Okay.  And under deposit sources there's an

25  entry for Pentucket Bank.  What is that entry about?

1      A.    These deposits represent salary for Saima from

2   Pentucket Bank.

3      Q.    Okay.  How much money was deposited from her

4   salary at Pentucket Bank from January 2017 to June 2018?

5      A.    January 2016, do you mean?

6      Q.    Yes, that's what I meant.

7      A.    $142,919.39.

8      Q.    And under deposit sources there's an entry for

9   Southern New Hamp.  What is that entry about?

10      A.    This represents salary for Imran Alrai from

11   Southern New Hampshire University.

12      Q.    How much money was deposited from his salary

13   from SNHU from January 2016 to June 2018?

14      A.    $38,482.21.

15      Q.    Also under deposit sources there's an entry

16   showing a transfer from an account ending in 1576.  What

17   is that entry about?

18      A.    This is another Pentucket Bank account in the

19   name of Imran and Saima Alrai.

20      Q.    Okay.  How much money was deposited from the

21   Alrai's Pentucket account ending in 1576 from January of

22   2016 to June 2018?

23      A.    $351,873.13.

24      Q.    There's also an entry showing transfers from

25   an account ending in 4534.  What is this entry about?

1        A.    This is another account at Pentucket Bank in

2    the name of Imran and Saima Alrai.

3        Q.    How much money was deposited from the Alrai's

4    Pentucket account ending in 4534 from January 2016 to

5    June 2018?

6        A.    $6,910.

7        Q.    Okay.  So let's go to the bottom section,

8    which is the summary of payees.

9              Ma'am, there's an entry showing transfers to

10   an account ending in 4534.  What account does that

11   relate to?

12       A.    That is another account at Pentucket Bank in

13   the name of Imran and Saima Alrai.

14       Q.    Okay.  So they transfer money to that account

15   and they transfer money from that account; is that

16   right?

17       A.    Correct.

18       Q.    Okay.  How much money was transferred from

19   this account to the Alrai's Pentucket Bank account

20   ending in 4534 from January 2016 to June 2018?

21       A.    $545,293.98.

22       Q.    Okay.  What percentage of spending did these

23   transfers to the Alrai's Pentucket account ending in

24   4534 represent?

25       A.    93.92 percent.

1      Q.    Okay.  Let's go on to Exhibit 904.  Please

2  tell us what Exhibit 904 summarizes.

3      A.    This is a summary of the deposit sources and

4  the payees for Pentucket Bank account ending in 1576 in

5  the name of Imran and Saima Alrai for the time period

6  May 2012 through July 2016.

7      Q.    All right.  Let's go ahead and focus on the

8  deposit sources.  We're not going to talk about all of

9  them, but we will talk about some of them.

10          There is an entry, the very top one, it says

11  Alrai Imran/Saima 1.  There's a deposit amount of

12  $200,815.79.

13          (Court reporter asks counsel to repeat)

14          MS. LE:  Oh, I'm sorry.

15      Q.    The first entry, which is here, Alrai, Saima

16  or Imran, that's the deposit source.  The account is the

17  number of transactions; is that right?

18      A.    Correct.

19      Q.    Okay.  And the total deposit amount of over

20  $200,000, do you see that?

21      A.    Yes.

22      Q.    Can you tell the Court about this deposit?

23      A.    This was a bank check from Salem Cooperative

24  Bank.

25      Q.    Okay.  And was this used to open the account,

1   if you know?

2       A.   I do not know that.

3       Q.   Okay.  And then there are some Pentucket Bank

4   entries here in the middle, 55 transactions resulting in

5   about $137,000.  What does this correlate to?

6       A.   These correlate to salary payments for Saima

7   Alrai from Pentucket Bank.

8       Q.   Okay.  How about the deposits from Sovereign

9   Bank and Santander Bank?

10      A.   These represent salary payments for Saima

11  Alrai for a previous job.

12      Q.   Okay.  So the Santander deposit is about

13  $31,000.  The Sovereign deposit is about $81,000; is

14  that right?

15      A.   Correct.

16      Q.   Okay.  And what do the deposits from Southern

17  New Hamp and Southern NH UNIV stand for?

18      A.   These represent salary payments for Imran

19  Alrai from Southern New Hampshire University.

20      Q.   And for that four-year period that's about

21  $40,000?

22      A.   Correct.

23      Q.   Okay.  There's an entry for transfer from

24  0076, it's one transaction, $250,000.  Can you tell the

25  Court about that particular transaction?

1      A.    This is a transfer from a Pentucket Bank

2   account in the name of AISA Consulting.

3      Q.    Okay.  And do you see there's an entry for

4   United Way of MA, 35 transactions totalling about

5   $148,000?

6      A.    Yes.

7      Q.    What does that -- what do those transactions

8   represent?

9      A.    Salary payments for Imran Alrai.

10      Q.    Okay.  Let's go down to the bottom chart on

11   this exhibit.

12            THE COURT:  Wait.  Go back to that.

13            MS. LE:  Sorry, your Honor.

14            THE COURT:  What again were the salary

15   payments for Mrs. Alrai?

16            THE WITNESS:  There's two sources.  There's

17   Pentucket --

18            THE COURT:  Sovereign and Santander?

19            THE WITNESS:  Correct.  And Pentucket Bank as

20   well.

21      Q.    And that's for a four-year period, right,

22   ma'am?

23            THE COURT:  That's all salary paid to Mrs.

24   Alrai?

25            THE WITNESS:  Correct.

1        THE COURT:  I just don't know how we get

2   there.  I mean, these are deposits into Santander or

3   from Santander to this account?

4        THE WITNESS:  These are deposits from

5   Santander into --

6        THE COURT:  And Sovereign into Pentucket to

7   this account?

8        THE WITNESS:  Correct.  Santander and

9   Sovereign are the same bank.

10       THE COURT:  Right.  But I mean how do you make

11  the determination that they are salary from Mrs. Alrai?

12  I mean, what's the chain of inferences?

13       THE WITNESS:  Because I know that she worked

14  there previously.

15    Q.   And also the regularity of the deposits.  Is

16  that correct, ma'am?

17       THE COURT:  Oh, these aren't transfers from

18  those accounts.

19       MS. LE:  No, these are deposits.

20       THE COURT:  The payor of those checks was

21  Sovereign, Santander, to Pentucket.  I see.  Those are

22  actually her employers is what you're saying.

23       THE WITNESS:  Correct.

24       THE COURT:  All right.

25       MS. LE:  Thank you for the clarification, your

1   Honor.

2          And likewise, you knew the payments from

3   Southern New Hampshire University are salary, right?

4          THE COURT:  Yeah, that should have told me,

5   actually.  I didn't put that together.

6      Q.   Let's talk about payees, ma'am.

7          THE COURT:  Wait.  Can I go back and look at

8   that exhibit again?

9          MS. LE:  Sure.

10          THE COURT:  I guess I have it in the binder.

11   I shouldn't be making you do this, sorry, but I'm going

12   to look at it anyway.

13          63 items where the deposit instrument is

14   missing, right?

15          THE WITNESS:  Correct.

16          THE COURT:  So you just can't attribute that

17   to anything?

18          THE WITNESS:  Right.

19          THE COURT:  Thank you.

20          MS. LE:  Thank you.

21      Q.   Let's go ahead and talk about the payees,

22   which is the bottom section of this summary chart.

23          There's an entry showing transfers to an

24   account ending in 1569, that means right here, totalling

25   $351,873 in six transactions.  Can you tell the Court

1    about this entry?

2        A.   Yes.   These are transfers to another Pentucket

3    Bank account in the name of Imran and Saima Alrai.

4        Q.   Okay.  Ending in 1569?

5        A.   Correct.

6        Q.   Okay.  Then I would like to talk about the

7    transfers to an account ending in 4534, 74 transactions

8    totalling $635,446.40.  Do you see that?

9        A.   Yes.

10       Q.   Okay.  Where did this money go?

11       A.   These represent transfers to another Pentucket

12   Bank account in the name of Imran and Saima Alrai.

13       Q.   And that's the account number, 4534?

14       A.   Correct.

15       Q.   Okay.  So what percentage of the total

16   spending for this account was because of the transfers

17   to the Alrais' two other Pentucket accounts?

18       A.   It's approximately 85 percent.

19       Q.   Thank you.

20            Let's move on to Exhibit 906.  Can you tell

21   the Court what this summary chart tells us?

22       A.   Yes.  This is a summary of the deposit sources

23   for Pentucket Bank account 4534 in the name of Imran and

24   Saima Alrai for the period May 2012 through April 2018.

25       Q.   Okay.  There is an entry for one deposit of

1  $175,000 from an account ending 0076.  I think -- I've

2  already talked about this, but where did that money come

3  from?

4       A.    This is an account at Pentucket Bank in the

5  name of AISA Consulting.

6       Q.    Okay.  There is also an entry for five

7  deposits -- or transfers from an account ending in 1569

8  totalling $545,167.98, and what was the source of that

9  money?

10      A.    This is another bank account -- this is

11 another account at Pentucket Bank in the name of Saima

12 and Imran Alrai.

13      Q.    Okay.  And then the next section I would like

14 to talk about is the 74 deposits totalling $635,446.40

15 from an account ending in 1576.  Whose account is that

16 again?

17      A.    That is a Pentucket Bank account in the name

18 of Imran and Saima Alrai.

19      Q.    Thank you.

20            Let's move to the next exhibit, which is

21 Exhibit 907.

22            Ms. Cacace, what is Exhibit 907?

23      A.    This is a summary of the payees from Pentucket

24 Bank account 4534 in the name of Imran and Saima Alrai

25 for the period May 2012 through April 2018.

1      Q.   So in Exhibit 906 we talked about where the

2  money came from.  Here we're talking about where the

3  money went; is that right?

4      A.   Correct.

5      Q.   Okay.  So the first four entries have some

6  combination of Imran Alrai and his wife's name.  Do you

7  see that?

8      A.   Yes.

9      Q.   Okay.  And what do these transactions

10 represent?

11     A.   These represent payments made to the names

12 that are listed.

13     Q.   Are they checks or are they transfers?  Do you

14 know?

15     A.   I don't know for sure all of them.

16     Q.   Okay.  But they were the payees, the

17 recipients?

18     A.   Correct.

19     Q.   Okay.  And there is a check here -- if Ms.

20 Sheff could highlight that for me better -- to -- it's

21 the fourth entry, Imran Alrai and Saima, one transaction

22 involving $523,900.  Okay.  Do you see that?

23     A.   Yes.

24     Q.   Do you know what happened with that check?

25     A.   This check was negotiated at Citizens Bank

 1    into account in trust for the Alrai children.

 2        Q.   Okay.  All right.  Ma'am, I would like you to

 3    look next at the two payments to Pentucket Bank

 4    totalling $340,568.86.  Do you see that?

 5        A.   Yes.

 6        Q.   Okay.  What do those two transactions

 7    represent?

 8        A.   These represent -- I don't recall what these

 9    represent.

10        Q.   Did these involve mortgage payments for a

11    residence?

12        A.   Correct.  These represented two mortgage

13    payments for a residence.

14        Q.   Was that residence at 9 Corliss Road, Windham,

15    New Hampshire?

16        A.   Yes.

17        Q.   Do you know who owns 9 Corliss Road in

18    Windham, New Hampshire?

19        A.   Imran and Saima Alrai.

20        Q.   Do you know when they purchased that home?

21        A.   2011.

22        Q.   Okay.  And do you know who lives at 9 Corliss

23    Road in Windham, New Hampshire?

24        A.   I know that the Alrais live there with their

25    two children and I believe Mr. Alrai's parents.

1        Q.    Okay.  Now I would like you to talk about the

2   two payments to Santander Bank, I don't know if I'm

3   pronouncing that correctly, totalling $221,462.39.  What

4   do those payments represent?

5        A.    These represent mortgage payments for a

6   property in Methuen.

7        Q.    Is that property 21 Hampshire Road, No. 115,

8   in Methuen, Massachusetts?

9        A.    Correct.

10       Q.    Okay.  Do you know who owns 21 Hampshire Road,

11   No. 115, in Methuen, Massachusetts?

12       A.    Imran and Saima Alrai.

13       Q.    When was that property purchased, ma'am?

14       A.    2006.

15       Q.    And are you aware that is a rental property

16   versus a primary residence occupied by the family?

17       A.    Yes.

18       Q.    Is it a rental property?

19       A.    It is a rental property, yes.

20       Q.    Okay.  Let's go to Exhibit 905.

21             All right.  So what is Exhibit 905?  It looks

22   a little different from what we've just been looking at.

23       A.    Exhibit 905 is a summary of all the

24   transactions and a clean/dirty fund analysis for

25   Pentucket Bank account 4534 in the name of Imran and

1    Saima Alrai for the period May 2012 through April 2018.

2        Q.    So this is for the account that we just talked

3    about in Exhibits 906 and 907?

4        A.    Correct.

5        Q.    All right.  Oh, do I have the wrong account

6    here?  It says 3920.  Do I have the wrong --

7              MS. LE:  It's 905, Ms. Sheff, instead of 915.

8              Thank you.

9        Q.    All right.  Now we're at 4534, right?

10       A.    Correct.

11       Q.    So five-page loan summary for this account?

12       A.    I'm sorry?

13       Q.    I'm sorry.  Can you explain what this exhibit

14   is again?

15       A.    Yes.  This is a summary of all the

16   transactions and a clean/dirty fund analysis for

17   Pentucket Bank account 4534 in the name of Imran and

18   Saima Alrai for the period May 2012 through April 2018.

19       Q.    Okay.  So the four columns here to the right

20   shows clean funds, dirty funds, clean funds balance, and

21   dirty funds balance; is that right?

22       A.    Correct.

23       Q.    What do you mean by the use of the term clean

24   funds in this context?

25       A.    Clean funds are any deposits traced to sources

1    other than the United Way or the Robert Allen Group, and

2    this would include missing deposited items.

3            Dirty funds balance -- excuse me.  The dirty

4    funds column were used for any deposits that were traced

5    to the United Way or the Robert Allen Group.

6        Q.   Okay.  So the first three pages of the summary

7    show zero dirty funds; is that right?

8        A.   Correct.

9        Q.   Okay.  Let's go to the fourth page, which is

10   Bates numbered REP-5130.  Do you see that?

11       A.   Yes.

12       Q.   And then if you could look at the section

13   right before the highlighted one, there's a June 23,

14   2014, entry.  It's a transfer from account ending in

15   1576.  The amount is $320,568.86.  Do you see that?

16       A.   Yes.

17       Q.   Okay.  And then it looks like you credited

18   some of that money into the clean funds portion and some

19   into dirty funds.

20            How did you calculate what, if any, goes to

21   clean funds and what goes into dirty funds here?

22       A.   So this is a transfer from another account at

23   Pentucket Bank in the name of Imran and Saima Alrai.

24            On the date of this transfer the clean funds

25   balance in that other account ending in 1576 was

1    $257,288.05.

2         So the dirty funds would be the total credit

3    amount less the clean funds balance in that account,

4    which is $63,280.21.

5    Q.   Okay.  In a little bit we'll talk about an

6    exhibit that you prepared that shows how you -- the flow

7    of that money, okay?

8         But let's talk about the two yellow

9    highlighted sections on this particular page.  What do

10   these represent?

11   A.   These represent mortgage payments that we

12   previously spoke of.

13   Q.   Okay.  And were these mortgage payments made

14   with a mix of clean -- I mean, with clean or dirty funds

15   as far as your analysis showed?

16   A.   The first one was made with a mix of clean and

17   dirty funds.  The second one on 7-30-2014 was made with

18   dirty funds.

19   Q.   Okay.  I would like to show you another

20   exhibit.  It's 143.

21        MS. LE:  If we could just bring it up side by

22   side, Ms. Sheff.

23   Q.   These are excerpts from a bank statement and

24   checks from the Alrais' Pentucket account 4534, and I

25   would like to go to Bates number PEN-1443, check

1    No. 428.  I think this is check 428 here.

2              MS. LE:  If we could bring that up, Ms. Sheff.

3         Q.   Ms. Cacace, is this the second highlighted

4    section here the mortgage payoff for that check?

5         A.   Yes.

6              MS. LE:  Ms. Sheff, can we bring that check

7    forward, check 428.

8         Q.   What is the date of that check?

9         A.   The check is dated July 25, 2014.

10        Q.   Okay.  Can you read what is written up here at

11   the very top of the check?

12        A.   Mortgage loan payoff, account No. 3446200843.

13        Q.   And what is the amount?

14        A.   $46,401.36.

15        Q.   What does the memo line read?

16        A.   21 Hampshire Road, No. 115, Methuen, Mass.,

17   01844.

18        Q.   Okay.  Thank you.

19             MS. LE:  Ms. Sheff, would you close this out

20   and go to Bates number page PEN-1441.

21             Okay.  If we can highlight this section and

22   bring it forward, Ms. Sheff.

23        Q.   Okay.  So before that check that we just

24   discussed for $46,401.36 was cleared, what happened in

25   this account?

1     A.   There were two transfers from account ending

2   in 1576, and this is another account at Pentucket Bank

3   in the name of Saima and Imran Alrai.

4     Q.   Okay.  And what was the balance of this

5   particular account that we're looking at before those

6   transfers from account ending in 1576?

7     A.   $502.98.

8          MS. LE:  Ms. Sheff, can we clear out?

9     Q.   Ms. Cacace, do you see the balance at the end

10  of July of 2014?

11    A.   Yes.

12    Q.   What was the balance at the end of July of

13  2014?

14    A.   $322.98.

15    Q.   Thank you.

16         Ms. Cacace, yesterday did I ask you to prepare

17  a summary chart tracing the dirty funds used to pay off

18  the mortgage on July 30, 2014, for this account?

19    A.   Yes.

20         MS. LE:  I would like to show the witness

21  Exhibit 926 that's marked for identification.

22    Q.   Ms. Cacace, what is Exhibit 926?

23    A.   This is a summary of the funds used to pay

24  check No. 428 in the amount of $46,401.36.

25    Q.   Okay.  And what are you attempting to show the

1    Court in this exhibit?

2        A.   I'm attempting to show the Court the sources

3    of funds used to fund that check.

4        Q.   And also why you -- and the movement of funds

5    from what you considered dirty into the final payment;

6    is that right?

7        A.   Correct.

8            MS. LE:  Your Honor, at this time the

9    government moves to strike the identification and admit

10   Exhibit 926.

11           THE COURT:  Give me one minute.  I need to

12   read what you just said.

13           MS. LE:  Sure.

14           THE COURT:  You're speaking pretty fast.

15           MS. LE:  I'll slow down, your Honor.  Thank

16   you.

17           THE COURT:  Okay.  You did say dirty.  Okay.

18   That's what you said?

19           MS. LE:  I did, your Honor.

20           THE COURT:  Okay.  Yeah.  Got you.

21           MS. LE:  So we would move to strike the

22   identification and admit Exhibit 926 at this time.

23           MR. HARRINGTON:  No objection.

24           THE COURT:  It's admitted.

25           (Government's Exhibit No. 926 admitted)

1    Q.   Ms. Cacace, if we could start here, can you

2    tell the Court where this money originated?

3    A.   Yes.  This chart begins with the DigitalNet

4    Technology Solutions Pentucket Bank account ending in

5    2684.  This is the main operating account of DigitalNet

6    Technology Solutions where most of the money from the

7    United Way and the Robert Allen Group were deposited

8    into.

9    Q.   Okay.

10   A.   On 4-11-2014, check No. 144 in the amount of

11   $500.

12   Q.   $500,000?

13   A.   I'm sorry.  $500,000 was deposited into the

14   AISA Consulting Group account at Pentucket Bank ending

15   in 0076.

16        From this account a transfer was made on

17   6-23-2014 into Pentucket Bank account 1576 in the name

18   of Imran and Saima Alrai.  The amount for this transfer

19   was $250,034.93.

20        After this transfer was made on 7-23-2014 the

21   clean funds balance in account 1576 was zero.  The dirty

22   funds balance in account 1576 was $183.028.18.

23        On 7-25-2014 a transfer was made from

24   Pentucket Bank account 1576 in the name of Imran and

25   Saima Alrai into Pentucket Bank account 4534 in the name

1  of Imran and Saima Alrai.

2          The balances in 4534 as of 7 -- the balances

3  of as of 7-28-2014 were the following:

4          The clean funds balance was zero.  The dirty

5  funds balance was $46,724.34.

6          On this same date, 7-25-2014, check No. 428

7  was written to Santander Bank.  The check cleared on

8  7-30-2014.

9      Q.   Thank you.

10         THE COURT:  I think we need to shut down.  I

11  didn't realize the time.  It's already after 5:00.

12         That was well done though.  That was a

13  sufficient use of time and resources.

14         All right.  See you tomorrow.

15         MR. DAVIS:  Time?

16         THE COURT:  Yeah, we're going to start at

17  noon, right, that was the plan?

18         THE CLERK:  You had asked if I would check

19  with counsel to see if we could start at 11:15.

20         THE COURT:  I'll go with your preference.  Do

21  you want to start at 11:15?

22         MR. DAVIS:  Yes.

23         MS. LE:  Yes, your Honor.

24         THE COURT:  All right.  11:15 then.  So I'll

25  see you at 11:15.  All right everybody.  Anything for

1    the Court?

2            MS. LE:  Nothing, your Honor.

3            THE COURT:  All right.  We are in recess.

4            (Bench trial adjourned at 5:05 p.m.)

C E R T I F I C A T E

I, Susan M. Bateman, do hereby certify that the
foregoing transcript is a true and accurate
transcription of the within proceedings, to the best of
my knowledge, skill, ability and belief.

Submitted: 3-23-20          /s/   Susan M. Bateman _____
                            SUSAN M. BATEMAN, RPR, CRR