AO 98 (Rev.12/11) Appearance Bond                                                          USDCNH-40A (3/12)

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.                                              Case Number: __1:18-cr-192-JL__

__IMRAN ALRAI__
Defendant

## APPEARANCE BOND

### Defendant's Agreement

I, _____ (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance (unsecured) bond in the amount of $ _____.
(   ) (2) This is a cash bond in the amount of $ _____, which shall be deposited with the clerk of court.
( X ) (3) This is a secured bond of $ _____, secured by:        SEE APPENDIX A

   ( X ) (a) a cash bond in the amount of $ __APPENDIX A__, which shall be deposited with the clerk of court, or

   (   ) (b) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

   _____
   _____
   _____

   ( X ) (c) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:
                    SEE APPENDIX A
   _____

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

AO 98 (Rev. 12/11) Appearance Bond                                                     USDCNH-40A (3/12)

## Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: _____

_____
Defendant's Signature

_Saima Alvi_
Surety/Property Owner--Printed Name

_Jaai Alvi_   4-9-2020
Surety/Property Owner--Signature and Date

_____
Surety/Property Owner--Printed Name

_____
Surety/Property Owner--Signature and Date

_____
Surety/Property Owner--Printed Name

_____
Surety/Property Owner--Signature and Date

Date: _____

☐ United States Magistrate Judge
☐ United States District Judge

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

**Any third party posting cash bail, real property, or a corporate surety bond must sign this form where indicated. When a corporate surety bond is posted, the bonding company must comply with LR 65.1.1(e) and counsel for the defendant must conventionally file the original bond with an attorney certificate as required by LR 65.1.1(g).**