UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:18-cr-192-JL |
| v. ) | |
| ) | |
| IMRAN ALRAI ) | |

**MOTION TO ATTEND THE IN
CHAMBERS CONFERENCE**

The defendant, Imran Alrai respectfully asks this Court to allow him to attend the in chambers conference regarding this case that is schedule for today, August 26, 2022 at 2:00 pm.

As grounds for this motion, it is stated:

1. The CJA appointed counsel filed for a Motion for Permission to Withdraw on August 25, 2022.

2. A video conference is scheduled for today at 2:00 pm

3. At 11:42 am today, the counsel notified the defendant via email that the conference is counsel only.

4. The defendant objects to this counsel only conference.

5. Since the current counsel has filed a motion seeking court's permission to withdraw, the defendant is concerned that the counsel cannot effectively represent him under the circumstances.

6. Defendant needs to make certain that any representation that purports to summarize the events that led to this situation are correct and accurately set forth.

7. Defendant is concerned about his constitutional and legal rights, including but not limited to attorney/client privilege, and would like to make certain that they are

preserved and protected.

8. Defendant respectfully asks that a court reporter be present and this meeting is on the record.

WHEREFORE, for the above-stated reasons, Imran Alrai respectfully asks this Court to issue an order:

A. Granting this Motion to Attend the In Chambers Conference today; AND

B. This conference is on the record; AND

C. Granting any further relief this Court deems just and proper.

Respectfully submitted,

*/s/ Imran Alrai*

Dated: August 26, 2022

Imran Alrai
9 Corliss Road
Windham, NH 030887
(508) 298-8825