UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 1:18-cr-00192-JL |
| )  v.                     ) | |
| )  IMRAN ALRAI            ) | |

JOINT PROPOSED PRETRIAL AND TRIAL SCHEDULE

NOW COMES the defendant, Imran Alrai, through counsel, Robert Sheketoff and Ashley Allen, and the United States of America, by the undersigned Assistant United States Attorneys, and propose the pretrial and trial schedule set forth below.

I.   **TRIAL**

An approximately four-week trial will commence during the two-week period beginning **November 7, 2023**.

II.  **PRETRIAL DEADLINES**

The parties agree to the below pre-trial deadlines. The parties agree that all other deadlines not listed below shall be consistent with the Local Criminal Rules.

1. *Motions in Limine*: All motions *in limine* must be made 30 days before trial, on or before **October 9, 2023**. All objections to motions *in limine* must be made 14 days before trial, on or before **October 24, 2023**.

2. *Dispositive and Evidentiary Motions*: All dispositive and evidentiary motions, excluding motions *in limine*, must be made on or before **August 29, 2023**.

3. *Expert Witness(es) Identification and Report(s)*: The parties shall identify any expert witness(es) they intend to use and provide a summary of that witness(es)' anticipated testimony and/or the report pursuant to Fed. R. Crim. P. 16(a)(1)(G) and

Local Criminal Rule 16.1(b)(3) on or before **August 18, 2023**. The parties shall identify any rebuttal expert witness(es) they intend to use and provide a summary of that witness(es)' anticipated testimony and/or the report pursuant to Local Criminal Rule 16.1(b)(3) on or before **September 1, 2023.**

Dated: February 24, 2023

Respectfully submitted,

| | |
|---|---|
| JANE E. YOUNG<br>United States Attorney | IMRAN ALRAI |
| /s/ Matthew T. Hunter<br>Matthew T. Hunter<br>Cam T. Le<br>Assistant U.S. Attorneys<br>District of New Hampshire<br>53 Pleasant Street, 4th Floor<br>Concord, New Hampshire 03301<br>603-225-1552 | /s/ Robert Sheketoff<br>Robert Sheketoff, Esq.<br>Law Offices of Robert L. Sheketoff<br>1 McKinley Square, Floor 3<br>Boston, MA  02109<br><br>Ashley P. Allen, Esq.<br>Law Office of A.P. Allen<br>P.O. Box 348<br>19 Hemlock Road<br>Boxford, MA 01921 |